```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      CHARLESTON DIVISION
```

STACY HARRIS, AS NEXT
FRIEND AND GUARDIAN OF
BABY N.M.B.,

    Plaintiff,

v.                                     CIVIL ACTION NO. 2:19-00707

MCKESSON CORPORATION, et al.,

    Defendants.

### MEMORANDUM OPINION AND ORDER

Pending before the court is a motion to extend time to respond to plaintiff's complaint filed by certain defendants in this matter, the "Walgreens defendants".  (ECF No. 54).  In support of their motion to extend time, defendants inform the court that this matter was included on Conditional Transfer Order No. 115 which would transfer the case to the multidistrict litigation, MDL 2804, currently pending in the Northern District of Ohio.  Plaintiff opposed the transfer of this action and has filed a motion to vacate the conditional transfer order which remains pending before the JPML.  Defendants seek an extension of sixty (60) days following a decision by the JPML granting a motion to vacate a conditional transfer order covering this action or otherwise finally denying transfer of this action.  Plaintiff opposes an extension of that duration.

For good cause shown, the motion for an extension of time to respond to the complaint is **GRANTED**. The moving defendants will be required to respond to the complaint within sixty (60) days following a decision by the JPML granting a motion to vacate the conditional transfer order covering this action or otherwise finally denying transfer of this action.

The Clerk is directed to send copies of this Order to counsel of record.

**IT IS SO ORDERED** this 20th day of December, 2019.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge